■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN THELISMOND, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered on or about January 3, 2008, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Buckley, McGuire, Moskowitz and Acosta, JJ.